# Court of Appeals
# of the State of Georgia

ATLANTA,  August 29, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0153.  DANIELLE D. ROLLINS v. GLEN W. ROLLINS.

The husband, Glen W. Rollins, filed motions for contempt and for attorney fees against the wife, Danielle D. Rollins, and her attorney, Christopher A. Corbett.  The trial court entered an ordering finding the wife to be in contempt and awarded the husband attorney fees to be paid by wife jointly and severally with Corbett.  The wife and her attorney filed both a direct appeal and applications for discretionary appeal. This Court denied the wife's and Corbett's applications for discretionary appeal.  See Case Nos. A18D0452 and A18D0453 (decided June 5, 2018).  Because those denials were adjudications on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260- 261 (1) (649 SE2d 313) (2007). Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/29/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*